```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
                                                                 :
REBECA MARTINEZ,                                                 :
                                                                 :
                            Plaintiff,                           :
                                                                 :       22 Civ. 7068 (JPC)
              -v-                                                :
                                                                 :              ORDER
MID ATLANTIC FISH MARKET,                                        :
                                                                 :
                            Defendant.                           :
                                                                 :
-----------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

      On December 10, 2022, this case was referred to the court-annexed mediation program. Dkt. 10.  The Mediator has reported to the Clerk of Court that mediation was held and agreement was reached on all issues.  Dkt. 13.  Therefore, by January 9, 2023 the parties shall submit a joint letter informing the Court of the present status of this case.

      SO ORDERED.

Dated: December 19, 2022  
       New York, New York

                                                          JOHN P. CRONAN  
                                                United States District Judge