```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
                                                                       :
REBECA MARTINEZ,                                                       :
                                                                       :
                            Plaintiff,                                 :
                                                                       :           22 Civ. 7068 (JPC)
              -v-                                                      :
                                                                       :                ORDER
MID ATLANTIC FISH MARKET,                                              :
                                                                       :
                            Defendant.                                 :
                                                                       :
-----------------------------------------------------------------------X
```

JOHN P. CRONAN, United States District Judge:

        The Court is in receipt of Plaintiff's motion to approve the parties' Settlement Agreement under *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015).  Dkt. 19.  The parties are hereby ordered to appear telephonically before the Court on February 22, 2023 at 3:00 p.m. for a conference to address two questions concerning the Settlement Agreement:  first, why the release of claims in article 3 of the Agreement is drafted to encompass "any other claim . . . that could have been brought[] relating to or arising from [Plaintiff's] work performed for Defendants," even were that claim not for underpayment of wages, *see id.* at 10, and second, why the parties have executed a confession of judgment, particularly given that the amount confessed exceeds the amount owed to Plaintiff under the terms of the Settlement Agreement, *compare id.* at 14-15 *with id.* at 8.  At the appointed time, counsel for all parties should call (866) 434-5269, access code 9176261.  Alternatively, the parties may submit for approval a revised Settlement Agreement that does not raise the questions set forth in this Order.  Any such revised Agreement should further correct the discrepancies, currently present in article 1 of the Settlement Agreement, between the verbal descriptions of the amounts Defendant shall pay and the numerical values that immediately follow those descriptions in parentheses.  *See id.* at 8-9.

SO ORDERED.

Dated: January 24, 2023
      New York, New York

                    JOHN P. CRONAN
                United States District Judge